UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WESTGATE CONDOMINIUM ASSOCIATION, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>THE NETHERLANDS INSURANCE CO., and LIBERTY MUTUAL GROUP, INC.,<br>　　Defendants. | C.A. No.: 1:17-cv-00134-WES-PAS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Westgate Condominium Associate, Inc., joined by Defendants The Netherland Insurance Co., and Liberty Mutual Fire Insurance Company, hereby enters this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation is signed by all parties who have appeared and is made pursuant to an amicable resolution of the matter between all parties.

In accordance with this stipulation, each party shall bear its own costs and attorney fees.

[date and signatures on following page]

Dated:  January 08, 2020

Respectfully submitted,

| Plaintiff | Defendants |
|---|---|
| Westgate Condominium Associate, Inc. | The Netherland Insurance Co., and |
| By its attorney, | Liberty Mutual Fire Insurance Company, |
|  | By its attorneys, |

/s/ William R. Landry  
William R. Landry, Esq. (RI Bar No. 2494)  
BLISH & CAVANAGH, LLP  
30 Exchange Terrace  
Providence, RI 02903  
Tel: (401) 831-8900  
Fax: (401) 490-7670  
wrl@blishcavlaw.com

/s/ Jonathan D. Mutch  
Jonathan D. Mutch, Esq. *(Pro Hac Vice)*  
Matthew P. Cardosi, Esq. (RI Bar No. 8824)  
ROBINS KAPLAN LLP  
800 Boylston Street, Suite 2500  
Boston, MA 02199  
Tel: (617) 859-2742  
Fax: (617) 267-8288  
jmutch@robinskaplan.com  
mcardosi@robinskaplan.com